**EFiled: Jul 15 2016 04:28PM EDT**
**Transaction ID 59286611**
**Case No. 7796-MZ**

# COURT OF CHANCERY
## OF THE
## STATE OF DELAWARE

JOSEPH R. SLIGHTS III
VICE CHANCELLOR

417 S. State Street
Dover, Delaware 19901
Telephone: (302) 739-4397
Facsimile: (302) 739-6179

July 15, 2016

John G. Harris, Esquire
Berger Harris LLP
1105 North Market Street, Suite 1100
Wilmington, DE 19801

Mr. Mikhail Khenin
1561 East 12th Street
Brooklyn, NY 11230
mykhenin@gmail.com

Re: *Utilisave, LLC v. Khenin*
C.A. No. 7796-MZ (VCS)
Date Submitted: July 11, 2016

Dear Mr. Khenin and Mr. Harris:

I am in receipt of Plaintiffs' Motion for Costs in Accordance with Court of Chancery Rule 54(d). The motion is denied without prejudice. According to Exhibit A to the motion, Plaintiffs are seeking to have the Court tax as costs to the Defendant items that are not taxable under the rule including, as non–exhaustive examples: photocopying costs – *Hutchinson v. Fish Eng'g Corp.*, 204 A.2d 752 (Del. Ch. 1964); travel expenses – *Id.*; court transcript fees – *Foley v. Elkton Plaza, LLC*, 2007 WL 959521 (Del. Super. Mar. 30, 2007); courier services – *Kuratle Cont., Inc. v. Linden Green Cond. Assoc.*, 2014 WL 5391291 (Del. Super. Oct. 22, 2014); and computerized legal research – *Pharmathene, Inc. v. Siga Tech., Inc.*,

2012 WL 2146000 (Del. Ch. May 31, 2012). If Plaintiffs choose to re-file their motion, they must break down their costs by category and cite appropriate authority as support for their position that the Court may tax such items as costs against the Defendant.

**IT IS SO ORDERED.**

Very truly yours,

*/s/ Joseph R. Slights III*

JRSIII/cap
cc:    Register in Chancery-K